COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS
78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

8-13-15

RE: PETITION FOR DIScreationary
review

Dear Clerk

On July 27, 2015 I caused to have sent
by certified mail, filed and brought to the courts
attention a petition for discreationary review. At
this time I have recieved no official notice
indicating it was recieved and presented to the
court. Could I please recieve an update on the
status of this fileing. Certified mail Receipt
NO. 7014 2120 0005 5601 0240 U.S. Postal Service
Thank You

Respectfully submitted

Devon Stiff #1892905
1681 S. FM. 3525
Colorado City, Texas
79512